**Order filed October 17, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-17-00541-CV
_____

### AMELIA V. KELLY, Appellant

### V.

### MATTHEW D. WIGGINS, JR. AND D. L. HAMMAKER, Appellees

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13-CV-1392**

## O R D E R

Appellant's brief was due October 9, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 1, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM